# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 202 | **DATE** | 3/07/2008 |
| **CASE TITLE** | USA vs. Marcelo Alonzo-Almaraz | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Marcelo Alonzo-Almaraz appears in response to arrest on 03/07/08. Defendant informed of his rights. The court finds defendant unable to afford counsel. James Tunick of the Federal Defender Panel is appointed as counsel for defendant. Government moves for pretrial detention. Defendant does not contest the government's motion for pretrial detention at this time. This is without prejudice to defendant's right to move at a later time for pretrial release on conditions. Government's oral motion for pretrial detention is granted. Defendant shall remain in custody pending trial or until further order of the Court. Status on preliminary examination hearing set for 03/18/08 at 2:00 p.m.

Docketing to mail notices

00:20

| | Courtroom Deputy Initials: | NTF |
|---|---|---|