# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☒ DISTRICT
IN THE CASE OF: Marcelo Alonzo Almaraz

**FILED** AT MAR 0 7 2008
MAGISTRATE JUDGE GERALDINE SOAT BROWN
UNITED STATES DISTRICT COURT

PERSON REPRESENTED: Marcelo Alonzo Almaraz

CHARGE/OFFENSE: ☒ Felony

☒ 1. Defendant – Adult

**DOCKET NUMBERS**
District Court: 08 CR 202

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☒ No
- If married is your Spouse employed? ☒ No

**OTHER INCOME**
- Received income from business, etc.? ☒ No

**CASH**
- Cash on hand or money in savings/checking? ☒ No

**PROPERTY**
- Own real estate, stocks, bonds, etc.? ☒ No

**DEPENDENTS**
- Marital Status: ☒ Married
- Total No. of Dependents: 2

**DEBTS & MONTHLY BILLS**: (blank)

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3/7/08

SIGNATURE OF DEFENDANT: Marcelo Alonzo Almaraz