FILED
MAR 13 2008
MAR. 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE LEINENWEBER**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08 CR 202 |
| ) | |
| v. ) | Violations: Title 8, United States |
| ) | Code, Sections 1324(a)(1)(A)(ii) |
| ) | and 1324(a)(1)(B)(i) |
| MARCELO ALONZO-ALMARAZ, ) | |
| ) | **MAGISTRATE JUDGE BROWN** |

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about March 5, 2008, at Braidwood, in the Northern District of Illinois, Eastern Division, and elsewhere,

MARCELO ALONZO-ALMARAZ,

defendant herein, for the purpose of private financial gain, knowing and in reckless disregard of the fact that certain aliens had come to, entered, and remained in the United States in violation of law, did transport and move such aliens, namely twelve Mexican nationals, within the United States by means of transportation and otherwise, in furtherance of such violation of law;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY