IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.  08 CR 202 |
| | ) | |
| v. | ) | |
| | ) | Hon. Matthew F. Kennelly (Emergency Judge) |
| MARCELO ALONZO-ALMARAZ | ) | Hon. Harry D. Leinenweber (Assigned Judge) |

## GOVERNMENT'S EMERGENCY MOTION FOR
## MATERIAL WITNESS WARRANTS

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court to issue three material witness warrants, pursuant to Title 18, United States Code, Section 3144, for material witnesses in the investigation of defendant Marcelo Alonzo-Almaraz's violation of Title 8, United States Code, Section 1324.  In support of this motion, the government incorporates the attached affidavit of Assistant United States Attorney Renai S. Rodney.  Proposed material witness warrants are also attached to this motion.

                                      Respectfully submitted,

                                      PATRICK J. FITZGERALD
                                      United States Attorney

By:  s/Renai S. Rodney
       RENAI S. RODNEY
       Assistant United States Attorney
       219 S. Dearborn St.- 5th Floor
       Chicago, IL 60604
       312-353-4064

Dated: March 16, 2008

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**GOVERNMENT'S EMERGENCY MOTION FOR
MATERIAL WITNESS WARRANTS**

was served March 16, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case filing pursuant to the District Court's Electronic Case Filing (ECF) system as to ECF filers.

        By:  s/ Renai S. Rodney
              RENAI S. RODNEY
              Assistant United States Attorney
              219 S. Dearborn St.- 5th Floor
              Chicago, IL 60604
              312-353-4064

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 202 |
| | ) | |
| v. | ) | |
| | ) | Hon. Matthew F. Kennelly |
| MARCELO ALONZO-ALMARAZ | ) | |

### WARRANT FOR ARREST OF WITNESS

To:   United States Marshal or any other duly authorized law enforcement officer

You are hereby commanded to arrest Olegario Carranza-Teofilo (DOB 5/12/1977, A#077657668) and to bring said individual forthwith before this Court, as a material witness, it having become impracticable to secure the individual's presence by subpoena.

You are further commanded to detain the individual in your custody until said individual is discharged by the Court.

Upon order of the Honorable Matthew F. Kennelly, United States District Judge, Northern District of Illinois, this __ day of March, 2008.

_____
Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 202 |
| | ) | |
| v. | ) | |
| | ) | Hon. Matthew F. Kennelly |
| MARCELO ALONZO-ALMARAZ | ) | |

## WARRANT FOR ARREST OF WITNESS

To: United States Marshal or any other duly authorized law enforcement officer

You are hereby commanded to arrest Leonardo Castellanos-Castellanos (DOB 2/14/1990, A#077657667) and to bring said individual forthwith before this Court, as a material witness, it having become impracticable to secure the individual's presence by subpoena.

You are further commanded to detain the individual in your custody until said individual is discharged by the Court.

Upon order of the Honorable Matthew F. Kennelly, United States District Judge, Northern District of Illinois, this ___ day of March, 2008.

_____
Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.  08 CR 202 |
| | ) | |
| v. | ) | |
| | ) | Hon. Matthew F. Kennelly |
| MARCELO ALONZO-ALMARAZ | ) | |

WARRANT FOR ARREST OF WITNESS

To:   United States Marshal or any other duly authorized law enforcement officer

You are hereby commanded to arrest German Perez-Norberto (DOB 5/28/1981, A#077657653) and to bring said individual forthwith before this Court, as a material witness, it having become impracticable to secure the individual's presence by subpoena.

You are further commanded to detain the individual in your custody until said individual is discharged by the Court.

Upon order of the Honorable Matthew F. Kennelly, United States District Judge, Northern District of Illinois, this __ day of March, 2008.

_____
Clerk