STATE OF ILLINOIS )
)
COUNTY OF COOK )

## AFFIDAVIT

Renai S. Rodney, Assistant United States Attorney, being duly sworn, deposes and states as follows:

1. I am the Assistant United States Attorney assigned to the case of *United States v. Alonzo-Almaraz*, No. 08 CR 202. This affidavit is submitted in support of the government's request that this Court issue three material witness warrants.

2. Defendant Marcelo Alonzo-Almaraz was indicted on March 13, 2008. The indictment alleges that on or about March 5, 2008, the defendant knowingly and in reckless disregard of the fact that twelve Mexican nationals had entered and remained in the United States in violation of law, transported those aliens within the United States for the purpose of private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

3. The following individuals are scheduled to be deported by the Department of Homeland Security, Immigrations and Customs Enforcement, on Friday, March 21, 2008. However, these individuals have information material to the prosecution of the defendant, and therefore, should have material witness warrants issued in their names:

| NAME | DOB | ALIEN # |
|---|---|---|
| Olegario Carranza-Teofilo | 5/29/1977 | 077657668 |
| Leonardo Castellanos-Castellanos | 2/14/1990 | 077657667 |
| German Perez-Norberto | 5/28/1981 | 077657653 |

4. The government seeks to have the aforementioned individuals transferred to the custody of the U.S. Marshals Service or any other duly authorized law enforcement officer in order to preserve the parties' opportunity to take depositions of these individuals. *See* Fed. R. Crim. Pro.

15.

                                                                        _____
                                                                        RENAI S. RODNEY
                                                                        Assistant United States Attorney

SUBSCRIBED AND SWORN TO BEFORE ME

this _____ day of _____,_____.


_____
NOTARY PUBLIC