IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 202 |
| | ) | |
| v. | ) | |
| | ) | Hon. Matthew F. Kennelly (Emergency Judge) |
| MARCELO ALONZO-ALMARAZ | ) | Hon. Harry D. Leinenweber (Assigned Judge) |

### GOVERNMENT'S CORRECTED EMERGENCY MOTION FOR MATERIAL WITNESS WARRANTS

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court to issue three material witness warrants, pursuant to Title 18, United States Code, Section 3144, for material witnesses in the investigation of defendant Marcelo Alonzo-Almaraz's violation of Title 8, United States Code, Section 1324. In support of this motion, the government incorporates the attached revised affidavit of Assistant United States Attorney Renai S. Rodney. Proposed material witness warrants are also attached to this motion.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Renai S. Rodney
    RENAI S. RODNEY
    Assistant United States Attorney
    219 S. Dearborn St.- 5th Floor
    Chicago, IL 60604
    312-353-4064

Dated: March 17, 2008

**CERTIFICATE OF SERVICE**

    The undersigned Assistant United States Attorney hereby certifies that the following document:

**GOVERNMENT'S EMERGENCY MOTION FOR**
**MATERIAL WITNESS WARRANTS**

was served March 17, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case filing pursuant to the District Court's Electronic Case Filing (ECF) system as to ECF filers.

                                            By:  s/ Renai S. Rodney
                                                     RENAI S. RODNEY
                                                     Assistant United States Attorney
                                                     219 S. Dearborn St.- 5th Floor
                                                     Chicago, IL 60604
                                                     312-353-4064

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 202 |
| | ) | |
| v. | ) | |
| | ) | Hon. Matthew F. Kennelly (Emergency Judge) |
| MARCELO ALONZO-ALMARAZ | ) | Hon. Harry D. Leinenweber (Assigned Judge) |

### WARRANT FOR ARREST OF WITNESS

To:   United States Marshal or any other duly authorized law enforcement officer

You are hereby commanded to arrest Olegario Carranza-Teofilo (DOB 5/12/1977, A#077657668) and to bring said individual forthwith before this Court, as a material witness, it having become impracticable to secure the individual's presence by subpoena.

You are further commanded to detain the individual in your custody until said individual is discharged by the Court.

Upon order of the Honorable Matthew F. Kennelly, United States District Judge, Northern District of Illinois, this ___ day of March, 2008.

_____
Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.  08 CR 202 |
| | ) | |
| v. | ) | |
| | ) | Hon. Matthew F. Kennelly (Emergency Judge) |
| MARCELO ALONZO-ALMARAZ | ) | Hon. Harry D. Leinenweber (Assigned Judge) |

## WARRANT FOR ARREST OF WITNESS

To:     United States Marshal or any other duly authorized law enforcement officer

You are hereby commanded to arrest Leonardo Castellanos-Castellanos (DOB 2/14/1990, A#077657667) and to bring said individual forthwith before this Court, as a material witness, it having become impracticable to secure the individual's presence by subpoena.

You are further commanded to detain the individual in your custody until said individual is discharged by the Court.

Upon order of the Honorable Matthew F. Kennelly, United States District Judge, Northern District of Illinois, this __ day of March, 2008.

_____
Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.  08 CR 202 |
| | ) | |
| v. | ) | |
| | ) | Hon. Matthew F. Kennelly (Emergency Judge) |
| MARCELO ALONZO-ALMARAZ | ) | Hon. Harry D. Leinenweber (Assigned Judge) |

## WARRANT FOR ARREST OF WITNESS

To:   United States Marshal or any other duly authorized law enforcement officer

You are hereby commanded to arrest German Perez-Norberto (DOB 5/28/1981, A#077657653) and to bring said individual forthwith before this Court, as a material witness, it having become impracticable to secure the individual's presence by subpoena.

You are further commanded to detain the individual in your custody until said individual is discharged by the Court.

Upon order of the Honorable Matthew F. Kennelly, United States District Judge, Northern District of Illinois, this __ day of March, 2008.

 

_____
Clerk