STATE OF ILLINOIS )
)
COUNTY OF COOK )

## AFFIDAVIT

Renai S. Rodney, Assistant United States Attorney, being duly sworn, deposes and states as follows:

1. I am the Assistant United States Attorney assigned to the case of *United States v. Alonzo-Almaraz*, No. 08 CR 202. This affidavit is submitted in support of the government's request that this Court issue three material witness warrants.

2. Defendant Marcelo Alonzo-Almaraz was indicted on March 13, 2008. The indictment alleges that on or about March 5, 2008, the defendant knowingly and in reckless disregard of the fact that twelve Mexican nationals had entered and remained in the United States in violation of law, transported those aliens within the United States for the purpose of private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

3. The following individuals are scheduled to be deported by the Department of Homeland Security, Immigrations and Customs Enforcement ("ICE"), on Friday, March 21, 2008, because they were found on or about March 5, 2008, by a Braidwood, Illinois police officer in the defendant's van among twelve passengers who were later determined to be illegal aliens from Mexico. However, these individuals have information material to the prosecution of the defendant, namely, that between approximately March 2, 2008 and March 5, 2008, the defendant knowingly transported by van twelve illegal aliens from Arizona for private financial gain. Therefore, the following individuals should have material witness warrants issued in their names:

| NAME | DOB | ALIEN # |
|---|---|---|
| Olegario Carranza-Teofilo | 5/29/1977 | 077657668 |
| Leonardo Castellanos-Castellanos | 2/14/1990 | 077657667 |
| German Perez-Norberto | 5/28/1981 | 077657653 |

4.  The government seeks to have the aforementioned individuals transferred to the custody of the U.S. Marshals Service or any other duly authorized law enforcement officer in order to preserve the parties' opportunity to take depositions of these individuals. *See* Fed. R. Crim. Pro. 15.

*[signature]*
RENAI S. RODNEY
Assistant United States Attorney

SUBSCRIBED AND SWORN TO BEFORE ME
this 17th day of March, 2008.

*[signature]*
NOTARY PUBLIC

"OFFICIAL SEAL"
Gloria M. Reveron-Kelly
Notary Public, State of Illinois
My Commission Exp. 08/11/2009