IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 202 |
| | ) | |
| v. | ) | |
| | ) | Hon. Matthew F. Kennelly (Emergency Judge) |
| MARCELO ALONZO-ALMARAZ | ) | Hon. Harry D. Leinenweber (Assigned Judge) |

### NOTICE OF EMERGENCY MOTION

PLEASE TAKE NOTICE that on Monday, March 17, 2008 at 2:30p.m., or as soon thereafter as counsel may be heard, I will appear before Judge Matthew F. Kennelly in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present GOVERNMENT'S CORRECTED EMERGENCY MOTION FOR MATERIAL WITNESS WARRANTS in the above-captioned case, at which time and place you may appear if you see fit.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

By: s/Renai S. Rodney
    RENAI S. RODNEY
    Assistant United States Attorney
    219 S. Dearborn St.- 5th Floor
    Chicago, IL 60604
    312-353-4064

Dated: March 16, 2008

### CERTIFICATE OF SERVICE

    The undersigned Assistant United States Attorney hereby certifies that the following document NOTICE OF EMERGENCY MOTION was served March 17, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case filing pursuant to the District Court's Electronic Case Filing (ECF) system as to ECF filers.

By: s/ Renai S. Rodney
    RENAI S. RODNEY
    Assistant United States Attorney
    219 S. Dearborn St.- 5th Floor
    Chicago, IL 60604
    312-353-4064