# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 202 | **DATE** | 3/17/2008 |
| **CASE TITLE** | USA vs. Marcelo Alonzo-Almaraz | | |

**DOCKET ENTRY TEXT**

The grand jury having returned an indictment against the defendant, the status on preliminary examination hearing set for 03/18/08 is cancelled.

Docketing to mail notices

| | Courtroom Deputy Initials: | NTF |
|---|---|---|