## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | Matthew F. Kennelly |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 202 | **DATE** | 3/17/2008 |
| **CASE TITLE** | USA vs. Marcelo Alonzo-Almaraz | | |

**DOCKET ENTRY TEXT**

Hearing held on emergency motion for leave to depose prospoective witnesses. Motion is granted (8,10). Motion to issue material witness warrants is granted (12). Warrants to issue as to German Perez-Norberto, Olegario Carranza-Teofilo, and Leonardo Castellanos-Castellanos. Susan Pavlow is appointed as counsel for witness Olegario Carranza Teofilo. Paul Camarena is appointed as counsel for witness German Perez-Norberto. Ronald Clark is appointed as counsel for witness Leonardo Castellanos-Castellanos.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | OR |
|---|---|---|