IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 202 |
| | ) | |
| v. | ) | |
| | ) | Hon. Matthew F. Kennelly (Emergency Judge) |
| MARCELO ALONZO-ALMARAZ | ) | Hon. Harry D. Leinenweber (Assigned Judge) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, March 20, 2008 at 1:30p.m., or as soon thereafter as counsel may be heard, I will appear before Judge Matthew F. Kennelly in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the government's MOTION TO QUASH MATERIAL WITNESS WARRANTS in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/Renai S. Rodney
RENAI S. RODNEY
Assistant United States Attorney
219 S. Dearborn St.- 5th Floor
Chicago, IL 60604
312-353-4064

Dated: March 20, 2008

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document NOTICE OF MOTION was served March 20, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case filing pursuant to the District Court's Electronic Case Filing (ECF) system as to ECF filers.

By:  s/ Renai S. Rodney
RENAI S. RODNEY
Assistant United States Attorney
219 S. Dearborn St.- 5th Floor
Chicago, IL 60604
312-353-4064