IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
Mar 19, 2008
MAR 19 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) | No. 08 CR 202 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Hon. Matthew F. Kennelly |
| MARCELO ALONZO-ALMARAZ | ) | |
| | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on March 19, 2008, the undersigned caused to be filed with the Clerk of this Court, PETITION FOR ORDER GRANTING IMMUNITY PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 6003 TO COMPEL TESTIMONY OF LEONARDO CASTELLANOS-CASTELLANOS service of the notice is being made upon you.

PATRICK J. FITZGERALD
United States Attorney

By: _____
Renai S. Rodney
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4064

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 202 |
| vs. | ) | |
| | ) | Hon. Matthew F. Kennelly |
| MARCELO ALONZO-ALMARAZ | ) | |

PETITION FOR ORDER GRANTING IMMUNITY PURSUANT
TO TITLE 18, UNITED STATES CODE, SECTION 6003
TO COMPEL TESTIMONY OF LEONARDO CASTELLANOS-CASTELLANOS

The UNITED STATES OF AMERICA, by its attorney PATRICK J. FITZGERALD, the United States Attorney for the Northern District of Illinois, hereby petitions as follows:

1. The government has called LEONARDO CASTELLANOS-CASTELLANOS to testify in a Fed. R. Crim. Proc. 15 deposition the above-entitled case. Through his attorney, the witness has indicated that he will invoke her Fifth Amendment right and refuse to testify on certain matters when called to testify.

2. It is the judgment of United States Attorney's Office for the Northern District of Illinois that the testimony or any other evidence of LEONARDO CASTELLANOS-CASTELLANOS in the above-entitled matter is necessary to the public interest.

3. The U.S. Attorney's Office has sought and obtained approval on March 19, 2008 from the designated representative of the Attorney General of the United States to make application to this Court that LEONARDO CASTELLANOS-CASTELLANOS be instructed by this Court to testify and provide evidence in the above-entitled cause; all in accordance with the terms and provisions of 18 U.S.C. §§ 6002-6003. A copy of the respective letter from the Deputy Assistant Attorney General of the Criminal Division of the United States Department of Justice, setting out the above-mentioned approval, is attached to this petition.

WHEREFORE, the United States requests that this Court enter an order instructing LEONARDO CASTELLANOS-CASTELLANOS to come forward to testify and produce evidence in the above-entitled matter; all in accordance with the terms and provisions of 18 U.S.C. § 6003 which states that upon the request of the United States Attorney, an order requiring an individual to give testimony shall issue from the United States district court for the judicial district in which the proceeding is or may be held. A draft order has been submitted herewith.

Respectfully submitted,

By: _____
PATRICK J. FITZGERALD
United States Attorney
219 S. Dearborn Street, Suite 500
Chicago, Illinois 60604
(312) 353-5300



Criminal Division

Washington, D.C. 20530

Office of the Assistant Attorney General

MAR 18 2008

The Honorable Patrick J. Fitzgerald
United States Attorney
Northern District of Illinois
Chicago, Illinois 60604

Attention: Renai S. Rodney
Assistant United States Attorney

Re: Deposition Testimony
*United States v. Marcelo Alonzo-Almaraz*

Dear Mr. Fitzgerald:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Northern District of Illinois for an order pursuant to 18 U.S.C. §§ 6002-6003 requiring Leonardo Castellanos-Castellanos to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

Sincerely,

Alice S. Fisher
Assistant Attorney General

*[signed]* John Roth

John Roth
Acting Deputy Assistant Attorney General
Criminal Division