IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAR 19, 2008
MAR 1 9 2008
te.
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 202 |
| | ) | |
| v. | ) | |
| | ) | Hon. Matthew F. Kennelly |
| MARCELO ALONZO-ALMARAZ | ) | |
| | ) | |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on March 19, 2008, the undersigned caused to be filed with the Clerk of this Court, PETITION FOR ORDER GRANTING IMMUNITY PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 6003 TO COMPEL TESTIMONY OF OLEGARIO CARRANZA-TEOFILO service of the notice is being made upon you.

PATRICK J. FITZGERALD
United States Attorney

By: _____
Renai S. Rodney
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4064

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 202 |
| vs. ) | |
| ) | Hon. Matthew F. Kennelly |
| MARCELO ALONZO-ALMARAZ ) | |

PETITION FOR ORDER GRANTING IMMUNITY PURSUANT
TO TITLE 18, UNITED STATES CODE, SECTION 6003
TO COMPEL TESTIMONY OF OLEGARIO CARRANZA-TEOFILO

The UNITED STATES OF AMERICA, by its attorney PATRICK J. FITZGERALD, the United States Attorney for the Northern District of Illinois, hereby petitions as follows:

1. The government has called OLEGARIO CARRANZA-TEOFILO to testify in a Fed. R. Crim. Proc. 15 deposition the above-entitled case. Through his attorney, the witness has indicated that he will invoke her Fifth Amendment right and refuse to testify on certain matters when called to testify.

2. It is the judgment of United States Attorney's Office for the Northern District of Illinois that the testimony or any other evidence of OLEGARIO CARRANZA-TEOFILO in the above-entitled matter is necessary to the public interest.

3. The U.S. Attorney's Office has sought and obtained approval on March 19, 2008 from the designated representative of the Attorney General of the United States to make application to this Court that OLEGARIO CARRANZA-TEOFILO be instructed by this Court to testify and provide evidence in the above-entitled cause; all in accordance with the terms and provisions of 18 U.S.C. §§ 6002-6003. A copy of the respective letter from the Deputy Assistant Attorney General of the Criminal Division of the United States Department of Justice, setting out the above-mentioned approval, is attached to this petition.

WHEREFORE, the United States requests that this Court enter an order instructing OLEGARIO CARRANZA-TEOFILO to come forward to testify and produce evidence in the above-entitled matter; all in accordance with the terms and provisions of 18 U.S.C. § 6003 which states that upon the request of the United States Attorney, an order requiring an individual to give testimony shall issue from the United States district court for the judicial district in which the proceeding is or may be held. A draft order has been submitted herewith.

                Respectfully submitted,

                PATRICK J. FITZGERALD
                United States Attorney
                219 S. Dearborn Street, Suite 500
                Chicago, Illinois 60604
                (312) 353-5300



U.S. Department of Justice

Criminal Division

Office of the Assistant Attorney General　　　　Washington, D.C. 20530

MAR 18 2008

The Honorable Patrick J. Fitzgerald
United States Attorney
Northern District of Illinois
Chicago, Illinois 60604

Attention:  Renai S. Rodney
            Assistant United States Attorney

Re:  Deposition Testimony
     *United States v. Marcelo Alonzo-Almaraz*

Dear Mr. Fitzgerald:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Northern District of Illinois for an order pursuant to 18 U.S.C. §§ 6002-6003 requiring Olegario Carranza-Teofilo to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

Sincerely,

Alice S. Fisher
Assistant Attorney General

John Roth
Deputy Assistant Attorney General