

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
Mar 19, 2008
MAR 19 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 08 CR 202 |
| vs. | ) | |
| | ) | Hon. Matthew F. Kennelly |
| MARCELO ALONZO-ALMARAZ | ) | |

### ORDER

This matter coming on to be heard on the petition of the United States of America, by PATRICK J. FITZGERALD, the United States Attorney for the Northern District of Illinois, for an Order instructing GERMAN PEREZ-NORBERTO to testify, and the Court having considered the petition of the United States Attorney and the letter approving the application to this Court from the Deputy Assistant Attorney General of the Criminal Division of the United States Department of Justice, attached to the petition, it is hereby

**ORDERED** that GERMAN PEREZ-NORBERTO shall not be excused from testifying in the above-mentioned deposition on the ground that the testimony or evidence required of him may tend to incriminate him. It is further

**ORDERED** that GERMAN PEREZ-NORBERTO shall answer the questions which he is asked and produce what evidence is required of him without further asserting there his privilege against self-incrimination.
It is further

**ORDERED** that no testimony of and no documents produced by witness GERMAN PEREZ-NORBERTO compelled under this order, or any information directly or indirectly derived from such testimony, documents or other information, may be used against him in any criminal case except a

prosecution for perjury, giving a false statement or otherwise failing to comply with this order, in accordance with 18 U.S.C. § 6002-6003.

ENTER:

_____
MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE

Dated at Chicago, Illinois this
19th day of March, 2008.