

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge If Other than Assigned Judge | Matthew F. Kennelly |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 202 | **DATE** | 3/20/2008 |
| **CASE TITLE** | USA vs. Marcelo Alonzo-Almaraz | | |

**DOCKET ENTRY TEXT**

Hearing held on emergency motion to quash material witness warrants. Motion is granted. Enter Order. It is ordered that arrest warrants issued by this Court on 3/17/2008 against Olegario Carranza-Teofilo, Leonardo Castellanos-Castellanos, and German Perez-Norberto are quashed and they shall be returned to the custody of the Bureau of Immigration and Customs Enforcement.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|