IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 202 |
| | ) | |
| v. | ) | |
| | ) | Hon. Matthew F. Kennelly (Emergency Judge) |
| MARCELO ALONZO-ALMARAZ | ) | Hon. Harry D. Leinenweber (Assigned Judge) |
| | ) | |

## ORDER

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to Quash the material witness arrest warrants currently outstanding against Olegario Carranza-Teofilo, Leonardo Castellanos-Castellanos, and German Perez-Norberto, and having demonstrated good cause in support of its motion,

IT IS HEREBY ORDERED that the arrest warrants issued by this Court on March 17, 2008, against Olegario Carranza-Teofilo, Leonardo Castellanos-Castellanos, and German Perez-Norberto are quashed, and they shall be returned to the custody of the Bureau of Immigration and Customs Enforcement.

_____
Matthew F. Kennelly
United States District Court

DATE: March 20, 2008