Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | Matthew F. Kennelly |
|---|---|---|---|
| CASE NUMBER | 08 CR 202 | DATE | 3/22/2008 |
| CASE TITLE | USA vs. Marcelo Alonzo-Almarez | | |

**DOCKET ENTRY TEXT**

Petition for order granting immunity pursuant to Title 18, United States Code, Section 6003 to compel testimony of Leonardo Castellanos-Castellanos is granted.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|