**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA
                         Plaintiff,

v.                                           Case No.: 1:08−cr−00202
                                                   Honorable Harry D. Leinenweber

Marcelo Alonzo−Almaraz
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 12, 2008:

       MINUTE entry before the Honorable Harry D. Leinenweber:Status hearing held on 6/12/2008. Change of Plea Hearing set for 6/18/2008 at09:45 AM. Enter excludable delay in the interest of justice to begin 6/12/2008 and end 6/18/2008 pursuant to 18:3161(h)(8)(A)(B).Mailed notice (wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.